

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00356-CR

Angelica **NAVARRO-DEPAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR13056
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

On July 27, 2022, we ordered appellant to provide written proof to this court on or before August 5, 2022, that either the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or appellant is entitled to appeal without paying the reporter's fee. However, appellant has filed a motion requesting additional time to make arrangements to pay the reporter's fee with court reporter Mary Beth Sasala. The motion is GRANTED.

We, therefore, ORDER appellant to provide written proof to this court on or before **August 26, 2022**, that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court